**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 7:18-MJ-00925-01 |
| JONATHAN GERZAIN CARLOS-ESPINOZA | | |

**ORDER**

Pending before the Court is Defendant JONATHAN GERZAIN CARLOS-ESPINOZA's motion to waive his Preliminary Examination and Detention Hearings set for 11:30 a.m., on May 1, 2018. (Dkt. No. 12). Having considered Defendant's waiver, the undersigned finds that the waiver is voluntary. The undersigned further finds that there is probable cause to believe that a crime has been committed, and Defendant is the individual who committed that crime. As such, Defendant's motion is **GRANTED**, and his Preliminary Examination and Detention Hearings are now terminated.

SIGNED this 1st day of May, 2018 at McAllen, Texas.

_____
J. SCOTT HACKER
United States Magistrate Judge

1